1

PETER D. KEISLER
Assistant Attorney General

2

KAREN P. HEWITT
United States Attorney

3

ARTHUR R. GOLDBERG, D.C. Bar No. 180661
Assistant Branch Director

4

JOEL McELVAIN, D.C. Bar No. 448431
Trial Attorney

5

U.S. Department of Justice

6

Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW

7

Washington, DC 20001
Telephone:   (202) 514-2988
Fax:             (202) 616-8202

8

9

Attorneys for the United States

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

**THE PEOPLE OF THE STATE OF
CALIFORNIA; STATE OF INDIANA; and
UNITED STATES OF AMERICA,**

13

14

**Plaintiffs,**

15

v.

16

**FAX.COM, INC., a Delaware corporation;
CHARLES MARTIN;** *et al.*,

17

18

**Defendants.**

Civ. No.  03cv1438-DMS(AJB)

**Notice of Motion, and Motion
for Summary Judgment by the
United States of America against
Charles Martin**

Hearing: May 11, 2007
Time:      1:30 p.m.
Court:     Courtroom 10
Judge:     Hon. Dana M. Sabraw

**Oral Argument Not Required**

19

20

21

22

        Pursuant to Fed. R. Civ. P. 56, the United States of America, by and through its

undersigned counsel, hereby moves this Court for summary judgment with respect to its

claims against the Defendant, Charles Martin.  The reasons supporting this motion are set

forth in the accompanying memorandum of law.

23

24

25

26

        The remaining plaintiffs, the People of the State of California and the State of

Indiana, are also concurrently filing a renewed motion for summary judgment.  The

United States joins in the state plaintiffs' filing of a separate statement of undisputed facts

in support of both motions.

27

28

        The United States has previously moved for summary judgment, which this Court

denied.  As is explained in the accompanying memorandum, new grounds have arisen that

warrant the granting of this renewed motion for summary judgment.  In support of this renewed motion, the United States relies upon the volume of exhibits that was filed along with its first summary judgment motion.  The United States also relies upon the second Declaration of Judith Fiorentini, which is being filed by the state plaintiffs concurrently with this motion.

The United States will separately submit a proposed order of final judgment and permanent injunction that incorporates the relief that it seeks and the relief sought by the state plaintiffs.

The United States respectfully submits that oral argument is not required for this motion.  However, if the defendant seeks, and this Court is inclined to hear, argument concerning this motion, the United States respectfully requests that it also be granted the opportunity to be heard.

WHEREFORE, the United States respectfully requests that the instant Motion be GRANTED and that summary judgment be awarded to it with respect to its claims against Defendant Charles Martin.

Dated: March 21, 2007                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KAREN P. HEWITT
United States Attorney
Southern District of California

ARTHUR R. GOLDBERG
Assistant Branch Director


     /s/ Joel McElvain
JOEL McELVAIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7130
Washington, D.C. 20001
Telephone:   (202) 514-2988
Fax:            (202) 616-8202
Email:        Joel.L.McElvain@usdoj.gov
*Attorneys for the United States of America*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have made service of the foregoing Notice of Motion, and

Motion for Summary Judgment by the United States of America against Charles Martin

by filing the motion on March 21, 2007, in this Court's electronic filing system, and that

that filing constitutes electronic service on the following:

> Judith A. Fiorentini
> Deputy Attorney General
> 110 West "A" Street, Suite 1100
> P.O. Box 85266
> San Diego, California 92186-5266

> Marguerite M. Sweeney
> Deputy Attorney General
> 302 West Washington Street, 5th Floor
> Indiana Government Center South
> Indianapolis, Indiana 46204

I also hereby certify that I have made service of the foregoing motion by

depositing in Federal Express at Washington, D.C., on March 21, 2007, true, exact copies

thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

> James H. Casello
> Law Offices of Casello & Lincoln
> 1551 North Tustin Avenue, Suite 480
> Santa Ana, California 92705

                      ___/s/ Joel McElvain_____
                      JOEL McELVAIN
                      *Attorney*