UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 26 PM 3: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FAX.COM, INC., a Delaware Corporation; KEVIN KATZ; ERIC WILSON; CHARLES MARTIN; THOMAS ROTH; JEFFREY DUPREE; EVERGLADE ENTERPRISES, LLC a Limited Liability Company; JOE GARSON, individually and d.b.a. EVERGLADE ENTERPRISES, LLC,; LIGHTHOUSE MARKETING, LLC, a California Limited Liability Company; TECH ACCESS SYSTEMS CORP., a California Corporation; TELCOM TECH SUPPORT, LLC., a California Limited Liability Company; ROBERT W. BATTAGLIA; IMPACT MARKETING SOLUTIONS, LLC, a California Limited Liability Company; STANTON MARKETING INC., a California Corporation; PAUL L. STANTON; DATA RESEARCH SYSTEMS, INC., a Nevada Corporation; ACCESS SALES, INC., a Nevada Corporation; and DOES 1-10, Defendants. | Case No. 03CV1438-DMS(AJB)<br><br>PRAECIPE<br><br>KEVIN KATZ |

TO THE CLERK:

Please issue Abstracts of Judgment for defendants Kevin Katz.

*[signature]*
JANTINE J. STOOPS
Paralegal Specialist/Investigator
Ext. 6351

Date issued: _____