**ORIGINAL**

FILED
2008 JUN 25 PM 2:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNH_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> FAX.COM, INC., a Delaware Corporation; ) <br> KEVIN KATZ; ERIC WILSON; CHARLES ) <br> MARTIN; THOMAS ROTH; JEFFREY DUPREE; ) <br> EVERGLADE ENTERPRISES, LLC a Limited ) <br> Liability Company; JOE GARSON, individually ) <br> and d.b.a.EVERGLADE ENTERPRISES, LLC,; ) <br> LIGHTHOUSE MARKETING, LLC, a California ) <br> Limited Liability Company; TECH ACCESS ) <br> SYSTEMS CORP., a California Corporation; ) <br> TELCOM TECH SUPPORT, LLC., a California ) <br> Limited Liability Company; ROBERT W. ) <br> BATTAGLIA; IMPACT MARKETING ) <br> SOLUTIONS, LLC, a California Limited ) <br> Liability Company; STANTON MARKETING ) <br> INC., a California Corporation; PAUL L. ) <br> STANTON; DATA RESEARCH SYSTEMS, INC.,) <br> a Nevada Corporation; ACCESS SALES, INC., ) <br> a Nevada Corporation; and DOES 1-10, ) <br> Defendants. ) | Case No. 03CV1438-DMS(AJB) <br><br> P R A E C I P E <br><br> KEVIN KATZ |

TO THE CLERK:

    Please issue Abstracts of Judgment for defendant Kevin Katz.

*[signature]*
JANTINE J. STOOPS
Paralegal Specialist/Investigator
Ext. 6351

Date issued:

*Abstract issued on 6/25/08 KNH*