1  LAURA E. DUFFY
   United States Attorney
2  CAROL M. LEE
   Assistant U. S. Attorney
3  California State Bar No. 219246
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone:  (619) 546-7584
6  Facsimile:   (619) 546-0585
   Email: carol.lee@usdoj.gov

   Attorneys for Plaintiff
   United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court No. 03CV1438DMS |
| Plaintiff, | |
| v. | SATISFACTION OF JUDGMENT |
| JEFFREY DUPREE, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The judgment entered in this case on June 27, 2006, has been satisfied by a compromise payment. The clerk is authorized to enter full satisfaction of the judgment on the record.

DATED:

                    LAURA E. DUFFY
                    United States Attorney

                    s/ Carol M. Lee
                    CAROL M. LEE
                    Assistant U. S. Attorney
                    Attorneys for Plaintiff
                    United States of America
                    Email: carol.lee@usdoj.gov

2007A32107:JB/CIVP_118

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 03CV1438DMS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JEFFREY DUPREE, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Carol M. Lee, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Satisfaction of Judgment on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Elizabeth J. Hickson
Attorney for Defendant Jeffrey Dupree
Cantu & Hickson, P.C.
Attorneys at Law
4833 Spicewood Springs, TX 78759

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2012

s/ Carol M. Lee
CAROL M. LEE
Assistant U.S. Attorney